# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-239
Lower Tribunal No. 20-CF-000085

_____

RICKY GASPAR RUIZ, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
J. Frank Porter, Judge.

January 2, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Deana K. Marshall, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED